AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aldisert, Ruggero J. | Third Circuit | 04/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 120 Cremona Drive Suite "D" Santa Barbara CA 93117-5511 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EmeritusTrustee | University of Pittsburgh |
| 2. | Board of Visitors, Law School | University of Pittsburgh |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Aldisert, Ruggero J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/26/10 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $7,386.77 |
| 2. 08/04/10 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $850.43 |
| 3. 03/24/10 | AuthorHouse (Publications Royalties) | $850.43 |
| 4. 06/04/10 | AuthorHouse (Publications Royalties) | $366.24 |
| 5. 10/20/10 | AuthorHouse (Publications Royalties) | $295.77 |
| 6. 12/06/10 | AuthorHouse (Publications Royalties) | $567.44 |
| 7. 03/02/10 | Thompson Reuters (Publications Royalties) | $1,009.56 |
| 8. 03/10/10 | Yao Enterprises (Publications Royalties) | $102.18 |
| 9. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Santa Barbara Bank & Trust Co. | A | Interest | J | T | | 02/02/10 | | | |
| 2. | Bank of America | A | Interest | K | T | Open | 02/24/10 | K | | |
| 3. | Mid Atlantic Fin. Mgt. replaced Cantella & Co (IRA) 03/01/10 | B | Dividend | K | T | Open | 02/02/10 | K | | |
| 4. | ---Davis New York Venture | | | | | | | | | |
| 5. | ---Van Kampen Equity & Income | A | Dividend | | | Redeemed | 12/28/10 | J | | |
| 6. | ---Alliance Bernstein Balanced | A | Dividend | | | | | | | |
| 7. | ---Growth Fund America Inc. | | | | | | | | | |
| 8. | --Pimco Global Multi-Asset | A | Dividend | J | T | | | | | |
| 9. | --Columbia Acorn, class C | A | Dividend | J | T | | | | | |
| 10. | --VanKampen Comstock,Class C | | Dividend | J | T | Buy | 12/28/10 | J | | |
| 11. | --PIMCO Commodity Real Return | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MUTUAL FUNDS | | | | | | | | | |
| 19. Gabelli Asset | A | Dividend | K | T | | | | | |
| 20. Davis New York Venture | A | Dividend | K | T | | | | | |
| 21. Columbia Acorn Fund Cl A | A | Dividend | K | T | | | | | |
| 22. American Funds:.Growth Fund of America | A | Dividend | K | T | | | | | |
| 23. American Funds:Tax Exempt CA "F" | A | Interest | K | T | | | | | |
| 24. Royce Total Return | A | Dividend | J | T | | | | | |
| 25. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 26. Alliance Bernstein Muni Income | A | Interest | K | T | | | | | |
| 27. Diamond Hill Long-Short Fund | | None | | | Sold | 01/10/10 | J | | |
| 28. American Funds Fundamental Invs Inc F-1 | A | Dividend | K | T | | | | | |
| 29. Alliance-Bernstein Small/MD | | None | | | Sold | 01/10/10 | J | | |
| 30. Van Kampen Harbor | A | Dividend | J | T | | | | | |
| 31. VanKampen Comstock A | A | Dividend | K | T | | | | | |
| 32. Van Kampen High Yield Muni CA | A | Interest | L | T | | | | | |
| 33. Columbia Marsico 21st Cent A | A | Dividend | J | T | | | | | |
| 34. Van Kampen Interm-Trdm Muni | A | Interest | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)     S =Assessment                 T =Cash Market
   (See Column C2)             U =Book Value              V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Unconstrained Bond A | A | Interest | K | T | | | | | |
| 36. Block Rock Liquidity Fed-Fund Select | | None | | | Sold | 02/10/10 | J | | |
| 37. Alger Fund-Capital Appreciaton | A | Dividend | J | T | Buy | 01/10/10 | J | | |
| 38. First Eagle Fund of America | A | Dividend | K | T | Buy | 01/10/10 | K | | |
| 39. IVY Science & Tech Fd. | A | Dividend | J | T | Buy | 01/10/10 | J | | |
| 40. Van Kampen Small Cap F. | A | Dividend | K | T | Buy | 01/10/10 | K | | |
| 41. COMMON STOCKS | | | | | | | | | |
| 42. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 43. Bank of New York Melllon Corp | A | Dividend | K | T | | | | | |
| 44. General Electric | A | Dividend | K | T | | | | | |
| 45. IShares FTSE/Xinhau China 25 Fund | | None | | | Sold | 02/02/10 | J | B | |
| 46. Schlumberger LTD Antilles | | None | | | Sold | 02/02/10 | J | B | |
| 47. Apple. Inc. | | None | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. INVESTMENT CLUB Mission Impossible Partners | C | Dividend | L | T | | | | | |
| 50. ---Berkshire Hathaway | | | | | Sold | 05/26/10 | J | | |
| 51. ---Exxon Mobil Corp | | | | | Sold | 01/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ---Apple,Inc | | | | | | | | | |
| 53. ---Nucor Corp. | | | | | Sold | 01/17/10 | J | | |
| 54. --- Bank of America | | | | | Sold | 10/20/10 | J | | |
| 55. ---Chesapeake Energy Corp | | | | | Sold | 02/10/10 | J | | |
| 56. --Alcoa | | | | | Sold | 06/27/10 | J | | |
| 57. --Abbott labs | | | | | Sold | 02/01/10 | J | | |
| 58. --BP PLC ADR | | | | | Sold | 05/04/10 | J | | |
| 59. --Caterpillar Inc | A | Dividend | J | | | | | | |
| 60. ---Cliffs Nat Res Inc | A | Dividend | J | | | | | | |
| 61. ---Ford Motor Co | | | | | Sold | 07/02/10 | J | | |
| 62. ---Johnson & Johnson | | | | | Sold | 05/11/10 | J | | |
| 63. ---Massey Energy Co. | | | | | Sold | 05/07/10 | J | | |
| 64. ---Annaly Capital Mang. Co | | | | | Sold | 04/22/10 | J | | |
| 65. ---Chevron Corp New | A | Dividend | J | | Buy | 09/28/10 | J | | |
| 66. ---Costco Wholesale Corp | A | Dividend | J | | Buy | 09/28/10 | J | | |
| 67. ---Deckers Outoor | A | Dividend | J | | Buy | 06/29/10 | J | | |
| 68. ---Du Pont E I De Nemours | A | Dividend | J | | Buy | 08/31/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---First TR Exchange (FDN) | A | Dividend | J | | Buy | 12/07/10 | J | | |
| 70. ---Market Vectors (SSO) | A | Dividend | J | | Buy | 11/02/10 | J | | |
| 71. ---Newmont Ming Corp | A | Dividend | J | | Buy | 06/02/10 | J | | |
| 72. ---Proshares Ultra S&P 500 | A | Dividend | J | | Buy | 11/30/10 | J | | |
| 73. ---Rio Tinto ADR | A | Dividend | J | | Buy | 09/28/10 | J | | |
| 74. ---SPDR Gold Tr Gold | A | Dividend | J | | Buy | 08/03/10 | J | | |
| 75. ---SPDR Ser Tr KBW | A | Dividend | J | | Buy | 12/07/10 | J | | |
| 76. | | | | | | | | | |
| 77. MONEY MARKET FUNDS | | | | | | | | | |
| 78. Fidelity Muni Money Market | A | Interest | L | T | | | | | |
| 79. FedFund Select Shares | A | Interest | J | T | | | | | |
| 80. Cantella & Co. Privileged Access Gold Account | A | Int./Div. | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. LIFE INSURANCE POLICIES | | | | | | | | | |
| 84. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 85. Transarmerica Life Companies Whole Life | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Penn Mutual Whole Life | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 04/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruggero J. Aldisert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544